**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| REBECCA ALEXANDER, a single woman<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, a county municipality; STATE OF WASHINGTON, one of the fifty states of the United States; Bank of America, N.A., a national banking association; NORTHWEST TRUSTEE SERVICES, INC., A Washington Corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust; NATIONSTAR MORTGAGE, LLC, a foreign entity, JOHN DOE TRUSTEE; JOHN DOE TRUST; MERS, a foreign corporation;<br><br>Defendants. | NO. 2:17-cv-00653-RSM<br><br>ORDER GRANTING STIPULATED JOINT MOTION TO EXTEND DEADLINES FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, AND COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

THIS MATTER has come before the undersigned Judge on the parties' Stipulated Joint Motion to Extend Deadlines for FRCP 26(F) Conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan. The Court having reviewed the Motion and being fully advised, now therefore the Court GRANTS the Motion. It is so ordered that if the Court's resolution of the Motion to Remand and Nationstar, U.S. Bank, and MERS' Motion to Dismiss Plaintiff's Complaint, that are scheduled to be heard June 2, 2017, and June 9, 2017,

ORDER GRANTING STIPULATED
JOINT MOTION TO EXTEND
DEADLINES
[PROPOSED]
2:17-cv-00653

1

**Error! AutoText entry not defined.**

respectively, result in the Court retaining the case, the deadlines for the FRCP 26(f) Conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan will be:

- FRCP 26(f) Conference: 7 days after resolution of the motions.
- Initial Disclosures Pursuant to FRCP 26(a)(1): 7 days after FRCP 26(f) Conference.
- Combined Joint Status Report and Discovery Plan: 7 days after Initial Disclosures Pursuant to FRCP 26(a)(1).

DATED this 1st day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
JOINT MOTION TO EXTEND
DEADLINES
[PROPOSED]
2:17-cv-00653

2

Error! AutoText entry not defined.

Presented by:

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | STAFNE LAW FIRM |
| */s/ Leslie R. Seffern*<br>LESLIE R. SEFFERN, WSBA #19503<br>Assistant Attorney General<br>Attorneys for Defendant State of Washington<br>P O. Box 40126<br>Olympia, WA 98504-0126<br>LeslieS@atg.wa.gov | */s/ Scott E. Stafne*<br>SCOTT E. STAFNE, WSBA #6964<br>Attorney at Law<br>239 N Olympic Avenue<br>Arlington, WA 98223<br>Scott@stafnelawfirm.com<br>*Attorney for Plaintiff* |
| DANIEL T. SATTERBERG<br>King County Prosecuting Attorney | ANGLIN FLEWELLING RASMUSSEN<br>CAMPBELL & TRYTTEN LLP |
| */s/ John Briggs*<br>JOHN BRIGGS, WSBA #24301<br>MACKENZIE BROWN, WSBA#49598<br>Attorneys at Law<br>516 3rd Avenue<br>Room W400<br>Seattle, WA 98104-2388<br>John.Briggs@kingcounty.gov<br>Mackenzie.Brown@kingcounty.gov<br>*Attorneys for Defendant King County* | */s/ Adam G. Hughes*<br>ADAM G. HUGHES, WSBA #34438<br>Attorney at Law<br>701 Pike Street<br>Suite 1560<br>Seattle, WA 98101<br>AHughes@afrct.com<br>*Attorney for Defendants U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-Through Certificates, Series 2005-12 Trust; Nationstar Mortgage, LLC, and MERS* |
| RCO LEGAL, P.S. | |
| */s/ Joshua Schaer*<br>JOSHUA SCHAER, WSBA #31491<br>Attorney at Law<br>13555 SE 36th Street<br>Suite 300<br>Bellevue, WA 98006<br>JSchaer@rcolegal.com<br>*Attorney for Defendant Northwest Trustee Services, Inc.* | |

ORDER GRANTING STIPULATED
JOINT MOTION TO EXTEND
DEADLINES
[PROPOSED]
2:17-cv-00653

3

**Error! AutoText entry not defined.**