The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA ALEXANDER, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, a county municipality; STATE OF WASHINGTON, one of the fifty states of the United States; BANK OF AMERICA, N.A., a national banking association; NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust; NATIONSTAR MORTGAGE, LLC, a foreign entity; JOHN DOE TRUSTEE; JOHN DOE TRUST; MERS, a foreign corporation,<br><br>Defendants. | NO. 2:17-cv-00653-RSM<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Rebecca R. Shrader of Anglin Flewelling Rasmussen Campbell & Trytten LLP ("AFRCT, LLP"), hereby appears in the above

104034/000075/01777506-1
NOTICE OF APPEARANCE - 1
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

entitled action for Defendants Nationstar Mortgage LLC ("Nationstar") (erroneously named as Nationstar Mortgage, LLC); U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust ("U.S. Bank"); and Mortgage Electronic Registration Systems, Inc. ("MERS") (erroneously named as MERS) without waiving the defenses of:

1. Lack of Jurisdiction over the Subject Matter;
2. Lack of Jurisdiction over the Person;
3. Improper Venue;
4. Insufficiency of Process;
5. Insufficiency of Service of Process;
6. Failure to State a Claim upon which Relief may be Granted; and
7. Failure to Join a Party Under FRCP 19.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to Defendants Nationstar, U.S. Bank, and MERS, except original process, should be served upon the undersigned at the address shown below.

DATED this 22nd day of June, 2017.

>*/s Rebecca R. Shrader*
> Rebecca R. Shrader, WSBA No. 43918
> ANGLIN FLEWELLING RASMUSSEN
> CAMPBELL & TRYTTEN LLP
> 701 Pike Street, Suite 1560
> Seattle, WA 98101
> Phone: (206) 492-2300
> Email: rshrader@afrct.com
> *Attorneys for Defendants Nationstar Mortgage LLC;*
> *U.S. Bank National Association, as Trustee for*
> *Harborview Mortgage Loan Trust 2005-12, Mortgage*
> *Loan Pass-through Certificates, Series 2005-12 Trust;*
> *and Mortgage Electronic Registration Systems, Inc.*

104034/000075/01777506-1
NOTICE OF APPEARANCE - 2
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Scott E. Stafne<br>STAFNE LAW FIRM<br>239 Olympic Avenue<br>Arlington, WA 98223<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[ X ] By CM/ECF System |
| Joshua Schaer<br>RCO LEGAL, P.S.<br>13555 SE 36th Street, Suite 300<br>Bellevue, WA 98006<br>*Attorneys for Defendant Northwest Trustee Services, Inc.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[ X ] By CM/ECF System |
| John Briggs<br>MacKenzie Brown<br>KING COUNTY PROSECUTING ATTORNEY'S OFFICE<br>Civil Division<br>E554 King County Courthouse<br>516 Third Avenue<br>Seattle, WA 98104<br>Attorneys for Defendant King County | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[ X ] By CM/ECF System |

104034/000075/01777506-1
NOTICE OF APPEARANCE - 3
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

| | |
|---|---|
| Leslie R. Seffern<br>Assistant Attorney General<br>ATTORNEY GENERALOF<br>WASHINGTON – Torts Division<br>7141 Cleanwater Drive SW<br>Olympia, WA<br>P.O. Box 40126<br>Olympia, WA 98504-0126<br>*Attorneys for Defendant The State of Washington.* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Email<br>[ X ] By CM/ECF System |

Signed this 22nd day of June, 2017 at Seattle, Washington.

*/s/ Kay Spading*
Kay Spading, Legal Assistant
AFRCT, LLP
701 Pike Street, Suite 1560
Seattle, WA 98101

104034/000075/01777506-1
NOTICE OF APPEARANCE - 4
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300