The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA ALEXANDER, a single woman,<br><br>                Plaintiff,<br><br>     v.<br><br>KING COUNTY, WASHINGTON, a county municipality; STATE OF WASHINGTON, one of the fifty states of the United States; BANK OF AMERICA, N.A., a national banking association; NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust; NATIONSTAR MORTGAGE, LLC, a foreign entity; JOHN DOE TRUSTEE; JOHN DOE TRUST; MERS, a foreign corporation,<br><br>                Defendants. | NO.  2:17-cv-00653-RSM<br><br>NOTICE OF WITHDRAWAL<br><br>[Clerk's Action Required] |

TO:	THE CLERK OF THE COURT; and

TO:	ALL PARTIES OF RECORD

        PLEASE TAKE NOTICE that pursuant to LCR 83.2(b)(2) Adam G. Hughes of Anglin Flewelling Rasmussen Campbell & Trytten LLP ("AFRCT, LLP"), hereby

104034/000075/01777532-1

NOTICE OF WITHDRAWAL - 1
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

withdraws as attorney for Defendants Nationstar Mortgage LLC ("Nationstar") (erroneously named as Nationstar Mortgage, LLC); U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust ("U.S. Bank"); and Mortgage Electronic Registration Systems, Inc. ("MERS") (erroneously named as MERS), in the above entitled action.

PLEASE ALSO TAKE NOTICE that all further papers and pleadings directed to Defendants Nationstar, U.S. Bank, and MERS, except original process, should be served upon new counsel Rebecca R. Shrader at:

> Rebecca R. Shrader
> AFRCT LLP
> 701 Pike Street, Suite 1560
> Seattle, WA  98101
> Email:  rshrader@afrct.com
> Telephone:  (206) 492-2300
> Facsimile:    (206) 492-2319

DATED this 22nd day of June, 2017.

> */s/ Adam G. Hughes*
> Adam G. Hughes, WSBA No. 34438
> ANGLIN FLEWELLING RASMUSSEN
> CAMPBELL & TRYTTEN LLP
> 701 Pike Street, Suite 1560
> Seattle, WA  98101
> Phone:  (206) 492-2300
> Email:  ahughes@afrct.com
> *Attorneys Withdrawing for Defendants Nationstar Mortgage LLC; U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-through Certificates, Series 2005-12 Trust; and Mortgage Electronic Registration Systems, Inc.*

104034/000075/01777532-1
NOTICE OF WITHDRAWAL - 2
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Scott E. Stafne<br>STAFNE LAW FIRM<br>239 Olympic Avenue<br>Arlington, WA  98223<br>*Attorneys for Plaintiff* | [  ] By United States Mail<br>[  ] By Legal Messenger<br>[  ] By Email<br>[ X ] By CM/ECF System |
| Joshua Schaer<br>RCO LEGAL, P.S.<br>13555 SE 36th Street, Suite 300<br>Bellevue, WA 98006<br>*Attorneys for Defendant Northwest Trustee Services, Inc.* | [  ] By United States Mail<br>[  ] By Legal Messenger<br>[  ] By Email<br>[ X ] By CM/ECF System |
| John Briggs<br>MacKenzie Brown<br>KING COUNTY PROSECUTING ATTORNEY'S OFFICE<br>Civil Division<br>E554 King County Courthouse<br>516 Third Avenue<br>Seattle, WA  98104<br>Attorneys for Defendant King County | [  ] By United States Mail<br>[  ] By Legal Messenger<br>[  ] By Email<br>[ X ] By CM/ECF System |

104034/000075/01777532-1
NOTICE OF WITHDRAWAL - 3
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300

| | |
|---|---|
| Leslie R. Seffern<br>Assistant Attorney General<br>ATTORNEY GENERALOF<br>WASHINGTON – Torts Division<br>7141 Cleanwater Drive SW<br>Olympia, WA<br>P.O. Box 40126<br>Olympia, WA 98504-0126<br>*Attorneys for Defendant The State of Washington*. | [  ] By United States Mail<br>[  ] By Legal Messenger<br>[  ] By Email<br>[ X ] By CM/ECF System |

Signed this 22nd day of June, 2017 at Seattle, Washington.

*/s/ Kay Spading*
Kay Spading, Legal Assistant
AFRCT, LLP
701 Pike Street, Suite 1560
Seattle, WA 98101

104034/000075/01777532-1
NOTICE OF WITHDRAWAL - 4
CASE NO. 2:17-cv-00653-RSM

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 PIKE STREET, SUITE 1560
SEATTLE, WASHINGTON 98101
PHONE: 206/492-2300