# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REBECCA ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, a county municipality; STATE OF WASHINGTON, one of the fifty states of the United States; BANK OF AMERICA, N.A., a national baking association; NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; U.S. BANK NATIONAL ASSOCIATION, as Trustee for Harborview Mortgage Loan Trust 2005-12, Mortgage Loan Pass-Through Certificates, Series 2005-12; NATIONSTAR MORTGAGE, LLC, a foreign entity; JOHN DOE TRUSTEE; JOHN DOE TRUST; and MERS, a foreign corporation<br><br>    Defendants. | No. C17-00653 RSM<br><br>**ORDER GRANTING MOTION BY RCO LEGAL, P.S. TO WITHDRAW AS COUNSEL FOR DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

This matter having come before the Court on the Motion by RCO Legal, P.S. to Withdraw as Counsel for Defendant Northwest Trustee Services, Inc. ("NWTS") pursuant to LR 83.2, and the Court having considered the same;

The Court being fully advised of the issues presented herein, and it appearing that RCO Legal, P.S. is entitled to relief at the request of NWTS to permit the firm's withdrawal, now therefore:

ORDER GRANTING MOTION BY RCO LEGAL
TO WITHDRAW AS COUNSEL FOR DEFENDANT NWTS
PAGE 1 OF 2

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Joshua Schaer, WSBA #31491 and RCO Legal, P.S. are deemed withdrawn as counsel of record in this matter.

FURTHER, all pleadings and correspondence shall be directed to NWTS at: c/o General Counsel, 13555 S.E. 36th St., Ste. 100, Bellevue, WA 98006, with a phone number of 425-586-1900.

**DATED this 8th day of December 2017.**

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**RCO LEGAL, P.S.**

*/s/ Joshua S. Schaer*
Joshua S. Schaer, WSBA #31491
Attorneys for Defendant Northwest Trustee Services, Inc.

ORDER GRANTING MOTION BY RCO LEGAL
TO WITHDRAW AS COUNSEL FOR DEFENDANT NWTS
PAGE 2 OF 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131